```
1  ROBERT DAVID BAKER, INC.
   Robert David Baker, Esq. (87314)
2  1570 The Alameda, Suite 250
   San Jose, CA 95126
3  Telephone: (408) 251-3400
   Facsimile: (408) 251-3401
4  rbaker@rdblaw.net

5  Attorney for Plaintiffs
   ARMANDO SARMENTO;
6  MERCEDES TEJADA-URENA;
   JOSHUA SILVA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SARMENTO; MERCEDES TEJADA-URENA; JOSHUA SILVA, on behalf of themselves and those similarly situated individuals,<br><br>Plaintiffs,<br>vs.<br>F&P, INC. - OVATION PAYROLL, LLC; BUFFETS, LLC; THOMAS W. SUDBERRY, JR; F&P LLC; HOMETOWN BUFFETS; VITANOVA BRANDS,<br>Defendants. | CASE NUMBER: 3:20-cv-07922-WHA<br><br>DISMISSAL OF ACTION BY PLAINITFF JOSHUA SILVA<br>[FRCP Rule 41(a)(1)(A)(ii)<br><br>Date: June 13, 2024<br>Time: 11:00 a.m. (Zoom)<br>Judge: Hon. William H. Alsup<br><br>Complaint filed: November 10, 2020 |

TO: HONORABLE WILLIAM ALSUP

PLEASE TAKE NOTICE that Plaintiff, Joshua Silva dismisses the above-entitled matter against all named Defendants pursuant to stipulation with Buffets LLC, Hometown Buffet, Inc. (erroneously sued as Hometown Buffets) and the Vitanova Brands LLC.

Respectfully Submitted,

Dated: April 30, 2024

　　　　 /s/

Robert David Baker, Esq.

1

1   I consent to the dismissal by Plaintiff Joshua Silva of Defendant's Buffets LLC; Hometown Buffet, Inc. (erroneously sued as Hometown Buffet); and Vitanova Brands, LLC.

Dated: April 30, 2024

_____/s/_____
Spencer C. Skeen
Tim L. Johnson
Jesse C. Ferrantella

## ORDER

Based upon the stipulation of Counsel for Armando Sarmento and Buffets LLC, Hometown Buffet, Inc., and Vitanova Brands, LLC,

AND FOR GOOD CAUSE OF APPEARING, it is so ordered that with respect to Plaintiff Joshua Silva, this matter is dismissed against defendant Buffets, LLC; Hometown Buffet, Inc. (erroneously sued as Hometown Buffet); and Vitanova Brands, LLC.

Dated: May 3, 2024.

_____
Hon. William Alsup
Judge, United States District Court